IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

Neil Andrew Robinson 173001
Full name and prison number
of plaintiff(s)

v.

Lt. William Tate, John Doe
(D-Dorm officer)

_____

_____

Name of person(s) who violated
your constitutional rights.
(List the names of all the
persons.)

CIVIL ACTION NO. 2:22-cv-17-WHA-JTA
(To be supplied by Clerk of
U.S. District Court)

RECEIVED
2022 JAN 10 A 10: 54
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

I. PREVIOUS LAWSUITS
   A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ( ) NO (✓)

   B. Have you begun other lawsuits in state or federal court relating to your imprisonment? YES ( ) NO (✓)

   C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit:
         Plaintiff(s) _____ N/A _____

         Defendant(s) _____ ✓ _____

      2. Court (if federal court, name the district; if state court, name the county) _____ N/A _____

3. Docket number _N/A_

4. Name of judge to whom case was assigned _↓_

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _N/A_

6. Approximate date of filing lawsuit _↓_

7. Approximate date of disposition _↓_

II. PLACE OF PRESENT CONFINEMENT _Easterling Correctional facility_

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED _Staton Correctional facility_

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | William Tate | 2690 Marion Spillway Rd Elmore, Al. |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |
| 6. | | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED _December 4, 2020_

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: _See Attached Claim I_

2

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

See Attached

GROUND TWO: _____

SUPPORTING FACTS: _____

GROUND THREE: _____

SUPPORTING FACTS: _____

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

Order Trial by Jury and punitive Damages ageinst Defendant in his Individual Capacity in the Amount of $500,000 and medical Bills to Replace my missing teeth

*Neil Robinson*
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on  1-6-2022 .
(Date)

*Neil Robinson*
Signature of plaintiff(s)

4

## ✗ Claim #1 ✗

Unnecessary use of excessive force violated my 8th Amendment Right under the United States Constitution to be Free From Cruel and Unusual punishment

#1) On or about December 4th 2020, I Approached Lt. Tate whom is the shift commander at Staton Corr. Fac. complaining about not having a bed to sleep on in D-Dorm where I was legally assigned because inmates would not get off my assigned bed so I could have a bed to sleep and count on.

#2) Lt. Tate said it's not my job to help you get on your assigned bed to sleep on, I ain't your war Daddy, you better go fight and kill whoever is on your assigned bed or I'm gonna beat your ass myself if I got to go in there.

#3) I said I'd rather get my ass beat by you than have to go in there and fight and kill 5-10 Gangsters over some state property, it's your job not mine!

#4) Defendant Tate Told me to turn around and submit to the cuffs so I did and this is when the D-N-Dorm officer cuffed me and pushed me

Really hard into ~~Tate~~ Defendant Tate.

#5) Tate and this John Doe officer started mocking me, and making a scene screaming oh this white boy just assaulted me, you all see that??

#6) I never assaulted anyone period, this was their way of trying to justify making fun of me and beating on me for no justifiable reason.

#7) I was somehow tripped to the Floor while in cuffs behind my back in a defenseless position and was repeatedly kicked and punched all over my Face knocking 3 teeth out my mouth, loosening 4-teeth in my mouth and given multiple Bruises cuts and Abrassions all over my Body. I was beaten so hard and bad and in so much pain I thought I died. I was knocked out inconcious by Defendant Tate and John Doe Working D Dorm.

#8) I awakened From a inconcious state off and on as I was being drug by my feet in cuffs to the shift office and eventually medical where I was in a comma inconcious state of mind for a couple days until I awoke to Warden Cargo taking pictures of me in the station medical Suicide Cell.

#9) A Body Chart was done and a statement given to the medical nurse and a couple Tetnus shots and other shots were given to me.

#10) Lt. Tate wrote a Bogus misbehavior Report for assaulting a D.O.C. officer the next day to cover up his unnecessary use of excessive force on me. However, this dont fly case their was cameras up in place on the walls of D-Dorm, outside and the shift office and medical showing how wanton, malicious and pure punative punishment was put down on me which served no penological Interests whatsoever.

#11) Nobody ever served me the disciplinary, but wrote Refused to sign it on the document.

#12) On or About December 9th-10th 2020 I was Transfered to Elmore prison all battered and Bruised suffering in physical pain, my mouth was swollen shut and I couldnt eat for a week! I still have nightmares to this day from the beating on me.

#13) Lt. Tate and Defendant John Doe did use unnecessary force on me for punative reasons with the intent to Inflict pain and suffering on me, they did hurt me and almost killed me!

#14) On or about the 12th day of December 2020 a Hearing was done, I never pleaded guilty nor was present at the Hearing

#15) On the 14th day of December 2020 a Reversal was done on the hearing I got found guilty of and I was found not guilty by a unanimous decision. I never even appealed it, the unanimous decision was done on her own.

I Neil Robinson declare under the penalty of perjury that I am telling the truth to the best of my memory and I was in fact knocked out unconscious so details are kinda Blurry, I feel like there was more defendants involved, but I wont know for sure until I see the video Surveillance footage during discovery or it is my right to obtain this through Production of documents at the Summary Judgement Stage.

Sign X Neil Robinson
Print X Neil Robinson
Date X 1-6-2022

I Neil Robinson did on this 6th day of January 2022 mail a copy of said 1983 motion by prison mail to be sent U.S. Postal Service mail to One Church St. Montgomery Al 36 [illegible]
Sign X Neil Robinson

Neil Robinson 173001  Dorm MG-2-90B
EASTERLING CORRECTIONAL FACILITY
200 WALLACE DRIVE
CLIO, ALABAMA 36017

Office of the Clerk
United States District Court
Middle District of Alabama
1 Church St. Suite B-110
Montgomery, Al. 36104-4018

**LEGAL USE ONLY**
"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."

US POSTAGE IMI PITNEY BOWES
ZIP 36017
02 7H
0001310127   $ 000.73⁰
JAN 07 2022